UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 4:19-CR-40018-TSH-1 |
| | : | |
| JULIO RIVERA | : | |

**DEFENDANT'S MOTION TO MODIFY BAIL CONDITIONS**

Now comes Defendant, Julio Rivera, by and through counsel, and hereby moves this Honorable Court for permission to modify his current bail conditions by removing his electronic monitoring. As grounds Mr. Rivera avers the following:

1. Mr. Rivera is charged with Distribution and Possession with Intent to Distribute 500 grams or More of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii).

2. He initially appeared before the Court on January 17, 2019 and was released on January 25, 2019 upon posting a $10,000.00 cash bond and on conditions, to include GPS monitoring.

3. Following his indictment on May 30, 2019, Mr. Rivera was arraigned on June 7, 2019, pleaded not guilty and was released on the same conditions previously set by the Court.

4. Mr. Rivera now seeks to have the Court modify the conditions of his pretrial release by removing his electronic GPS monitoring.

5. While on pretrial release, Mr. Rivera has successfully requested, and was granted, permission to extend his curfew and also to travel out of state. All authorized modification of conditions to extend his curfew, as well as to travel, have occurred without incident.

6. Mr. Rivera is in full compliance with all other terms and conditions of his release.

7. Pretrial Services has no objection and recommends this bail modification request.

8. The government has no objection to this request.

9. Based on the forgoing, he respectfully requests that this motion be granted.

Respectfully submitted this 10th day of June 2020.

                    Respectfully submitted
                    Defendant,
                    JULIO RIVERA
                    By his Counsel

                    /s/ John L. Calcagni III, Esq.
                    John L. Calcagni III (BBO No.: 657433)
                    Law Office of John L. Calcagni III, Inc.
                    One Custom House Street, Third Floor
                    Providence, RI 02903
                    Phone:  (401) 351.5100
                    Fax:  (401) 351.5101
                    Email:  jc@calcagnilaw.com

## **CERTIFICATION**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 10, 2020.

      /s/ John L. Calcagni III, Esq.
John L. Calcagni III (BBO No.: 657433)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone:  (401) 351.5100
Fax:  (401) 351.5101
Email:  jc@calcagnilaw.com