UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>) Docket No. 19-cr-40018-TSH<br>JULIO RIVERA )<br>)<br>Defendant ) | |

**GOVERNMENT'S MOTION IN LIMINE RE LARCENY ARREST**

The government moves in limine to preclude any evidence or argument by the defense as to the cooperating witness's arrest for larceny of more than $250 in 2010. The charge was dismissed. As far as the government is aware, that is the only charge on the cooperator's record. Moreover, because the cooperator was not convicted, there is no basis for impeachment under Federal Rule 609.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:    /s/ John T. Mulcahy
       John T. Mulcahy
       Mackenzie Queenin
       Assistant United States Attorneys
       617-748-3641

2

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           */s/ John T. Mulcahy*
                                           John T. Mulcahy
                                           Assistant U.S. Attorney

Date: July 28, 2021