## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 4:19-cr-40018 |
| JULIO RIVERA ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE CONCERNING PREVIOUSLY FILED DOCUMENTS

The government hereby files this notice concerning pre-trial filings. The government previously filed a motion in limine seeking to preclude reference to the mandatory minimum sentence the defendant will face if convicted at trial. Dkt 82. The government submits that motion for purposes of this trial date. The government also previously filed proposed voir dire questions and a proposed jury verdict form and does not intend to file revised questions or a revised jury verdict form. *See* Dkt 80, 81. The government will file a revised exhibit list, witness list, and jury instructions by the August 6, 2021 deadline set by the Court.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    United States Attorney

By: */s/ Mackenzie A. Queenin*
    JOHN T. MULCAHY
    MACKENZIE A. QUEENIN
    Assistant United States Attorneys
    United States Attorney's Office
    595 Main Street
    Worcester, Massachusetts 01608

Dated: August 5, 2021

CERTIFICATE OF SERVICE

This is to certify that I have served counsel of record for the Defendant a copy of the foregoing document by ECF.

/s/ *Mackenzie A. Queenin*
Mackenzie A. Queenin
Assistant U.S. Attorney

Dated: August 5, 2021