UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v.                              )<br>                                         )   Docket No. 4:19-cr-40018<br>JULIO RIVERA                 )<br>                                         )<br>          Defendant.           )<br>                                         ) | |

## THIRD STIPULATION REGARDING ADMISSIBILITY OF EXHIBITS

The United States and Defendant Julio Rivera, by and through undersigned counsel, hereby agree and stipulate to the admissibility of the wiretap recordings and transcripts of those recordings.

The wiretap recordings to be admitted in this case are a true and accurate copy of telephone conversations legally intercepted pursuant to a court-ordered wiretap of telephone number 508-414-7094. Each of the recordings accurately reproduce both the words spoken and sounds of the speakers' voices as those words were spoken and as those sounds occurred in the original conversations reproduced in each of the recordings. Each of the wiretap recordings occurred on the dates and at the times listed on the transcripts that correspond to the recordings.

The transcripts of the wiretap recordings are an accurate transcription of the recorded conversations to which they correspond, and accurately reflect the speakers in those conversations. Where the words spoken during the recorded conversations were in Spanish, the transcripts provide an accurate translation from the Spanish language to the English language.

Respectfully submitted,

| | |
|---|---|
| JULIO RIVERA | NATHANIEL R. MENDELL |
| Defendant | Acting United States Attorney |
| | |
| By:/s/ *John Calcagni* | By: /s/ *John T. Mulcahy* |
| JOHN CALCAGNI | JOHN T. MULCAHY |
| Counsel to Defendant Julio Rivera | MACKENZIE QUEENIN |
| | Assistant United States Attorneys |

Dated:        August 6, 2021

CERTIFICATE OF SERVICE

    I hereby certify that this document will be filed via ECF and thereby served on counsel of record.

/s/
JOHN T. MULCAHY
Assistant U.S. Attorney

Dated:        August 6, 2021