UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 19-CR-40018 |
| JULIO RIVERA | |
| Defendant | |

## GOVERNMENT'S MOTION FOR ORDER CONCERNING PROBATION RECORDS

The government hereby moves for an order directing the U.S. Probation Office for the District of Massachusetts to provide certified business records to the U.S. Attorney's Office, and to the defendant's counsel, pursuant to 18 U.S.C. § 3153(c)(2)(E).  The government is seeking limited certified records for law enforcement purposes, detailing only the dates on which both Melvin Burgos and the defendant were drug tested at the U.S. Probation Office in Worcester, Massachusetts.

The requested records are relevant to the above-referenced criminal matter.  As detailed in the government's 404(b) motion at Dkt. 115, a cooperating witness recently raised information pertaining to the defendant's attempts to obstruct the above-captioned matter with the government, which may be corroborated by the requested records.  The government has conferred with the U.S. Probation Office, which has indicated it cannot provide certified copies of the records without a Court order.  Wherefore, the government respectfully moves for an order directing U.S. Probation to provide the records.

Dated:   August 17, 2021                    Respectfully Submitted,

NATHANIEL MENDELL
Acting United States Attorney

By:   */s/ Mackenzie A. Queenin*
Mackenzie A. Queenin
John T. Mulcahy
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Mackenzie Queenin*
Mackenzie Queenin
Assistant United States Attorney

Date:  August 17, 2021