**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-40018 |
| DEFENDANT | TYPE OF PROCESS |
| JULIO RIVERA | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WILLIAM TORRES Reg. #53442-069
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MDC Guaynabo 652, Carr. 28, Guaynabo, P.R. 00965

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk of
United States District Court for Puerto Rico
150 Chardón Avenue, Room 150
San Juan, P.R. 00918

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER  DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | [signature] | 8/02/2021 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 08/10/21   Time: 2:00 ☒ pm

Address (complete only if different than shown above)
Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $8.96 | 0 | $73.96 | | |

REMARKS

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   19-CR-40018-TSH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   **William Torres**
was received by me on *(date)*   8/02/2021   .

☒ I served the subpoena by delivering a copy to the named person as follows:   In person at
Guaynabo MDC
on *(date)*   08/10/2021   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $   8.96   for travel and $   65.00   for services, for a total of $   75.96   0.00 .

I declare under penalty of perjury that this information is true.

Date:   08/10/21

*Server's signature*

Marcos Merando   CJousm
*Printed name and title*

150 Carlos Chardon Ave.
Suite 200
Hato Rey, P.R. 00918
*Server's address*

Additional information regarding attempted service, etc: