UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 4:19-CR-40018-TSH-1 |
| | : | |
| JULIO RIVERA | : | |

### DEFENDANT'S MOTION IN LIMINE TO LIMIT THE TESTIMONY OF SA ANDREW SNOW AND TFO JAIME VITALE

Now comes Defendant, Julio Rivera, by and through counsel, and hereby moves this Honorable Court for a pretrial order limiting the testimony of government witnesses, Special Agent (SA) Andrew Snow and Task Force Officer (TFO) Jaime Vitale.  As grounds, the Defense offers the following.

On November 1, 2018, during the motor vehicle stop of Mr. Rivera, law enforcement agents recovered from inside a flip-style cellphone they discovered to be in two pieces, apparently broken.   The government referenced this phone in its opening statement, intends to offer photos of the phone (absent any objection from the Defense) during trial, and elicit testimony regarding the same from both SA Snow and TFO Vitale.   The Defense has no problem with testimony related to the phone and observations made of it by police.   However, it is the anticipated opinion testimony of law enforcement officers with respect to how and when the broken phone that is the focus of this motion.

SA Snow.  In his grand jury testimony, SA Snow described observing the phone ring when placing a call to it "even after the attempt to break it was made."  The agent discovered the phone to be broken in two parts, but did not observe when, how, or by whom it was broken.  As such, he should be precluded from opining about these topics during his in-court testimony. FRE 702 (a) requires that expert testimony, based on specialized knowledge, experience, or

training be helpful to the trier of fact to understanding the evidence or determining a fact in issue. While the government may argue in closing that the Mr. Rivera broke the phone, this is an inference the jury may choose to accept or reject.  It is inappropriate subject matter for expert testimony, and not beyond the kin of the jury.

     TFO Vitale.  On August 27, 2021, the government notified the Defense that in TFO Vitale's "training and experience, individuals frequently destroy and/or tamper with their cellular devices in order to attempt to conceal their contents from law enforcement."  Again, this proposed testimony seeks to backdoor Vitale's option that Mr. Rivera attempted to destroy the cellphone.  Mr. Rivera raises that same FRE 702 (a) argument referenced above.   This subject matter is well within the common knowledge and understanding of any ordinary citizen in modern society, and need not be commented on in the purported fashion by a witness whom the government intends to cloak as an expert.

To the extent the Court feels as though such testimony is appropriate opinion evidence because it is being offered by the very agents who investigated this case and have a vested interest in the outcome, Mr. Rivera avers that the anticipated testimony is more prejudicial than probative such that it should still be precluded in accordance with FRE 403.

Respectfully submitted this 30th day of August 2021.

                    Respectfully submitted
                    Defendant,
                    JULIO RIVERA
                    By his Counsel

                    /s/ John L. Calcagni III, Esq.
                    John L. Calcagni III (BBO No.: 657433)
                    72 Clifford Street, Third Floor
                    Providence, RI 02903
                    Phone: (401) 351.5100
                    Fax: (401) 351.5101
                    Email:  jc@calcagnilaw.com

## **CERTIFICATION**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 30, 2021.

            /s/ John L. Calcagni III, Esq.
            John L. Calcagni III (BBO No.: 657433)
            Law Office of John L. Calcagni III, Inc.
            72 Clifford Street, Third Floor
            Providence, RI 02903
            Phone:  (401) 351.5100
            Fax:  (401) 351.5101
            Email:  jc@calcagnilaw.com